FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ILMIR KUDRIAKOV, | § § § | |
| *Petitioner*, | § § | |
| VS. | § § | CIVIL CASE NO. SA-26-CV-00367-FB |
| BOBBY THOMPSON, Warden, South Texas Detention Center; KRISTI NOEM, Secretary of the Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement; and MIGUEL VERGARA, San Antonio Field Office Director, U.S. Immigration and Customs Enforcement, | § § § § § § § § § § § § | |
| *Respondents*. | § § | |

## *ORDER OF DISMISSAL WITHOUT PREJUDICE AND JUDGMENT*

Before the Court is Petitioner's Motion to Voluntarily Dismiss Petition for Writ of Habeas Corpus Without Prejudice filed on May 12, 2026 (ECF No. 12). Petitioner advises that since filing the petition, circumstances have changed, and Petitioner no longer wishes to pursue the habeas action before this Court. Petitioner asks the Court to allow him to withdraw the petition and dismiss this action without prejudice stating the request is "made voluntarily and without coercion." To date, no response or opposition to the motion has been filed. The Court finds the motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Petitioner's Motion to Voluntarily Dismiss Petition for Writ of Habeas Corpus Without Prejudice (ECF No. 12) is GRANTED such that this case is DISMISSED WITHOUT PREJUDICE to refiling. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 20th day of May, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE